People v Jaswane M. (2025 NY Slip Op 00405)

People v Jaswane M.

2025 NY Slip Op 00405

Decided on January 28, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 28, 2025

Before: Webber, J.P., Friedman, Scarpulla, Rosado, O'Neill Levy, JJ. 

Ind. No. 387/18 Appeal No. 3584 Case No. 2019-3465 

[*1]The People of the State of New York, Respondent,
v
Jaswane M., Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Thomas Palumbo of counsel), for appellant.

Judgment, Supreme Court, Bronx County (George Villegas, J.), rendered February 19, 2019, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him to a term of three years under Indictment No. 387/2018, unanimously modified, on the law, to the extent of vacating the sentence and remanding for a youthful offender determination, and otherwise affirmed.
As an "eligible youth," defendant is entitled to resentencing pursuant to People v Rudolph (21 NY3d 497 [2013]) for a youthful offender determination on his conviction of attempted robbery in the second degree. Although the court adjudicated defendant a youthful offender on another charge, under an indictment that is not part of this appeal, for which he was sentenced in the same proceeding, the court did not state if it had considered whether, under the instant indictment, mitigating circumstances existed to warrant youthful offender treatment or set forth its reasoning on the record (see CPL 720.10[3]). As the People concede, the court's failure to make that determination explicitly on the record requires a remand (see Rudolph, 21 NY3d 497; People v Banister, 158 AD3d 569, 570 [1st Dept 2018], lv denied 31 NY3d 1078 [2018]; see also People v J.G., 225 AD3d 64 [2024]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 28, 2025